| AO 10 Rev. 1/2013 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2012 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Shaffer, Craig B. | 2. Court or Organization District of Colorado | 3. Date of Report 08/16/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. Magistrate Judge | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2012 to 12/31/2012 |

7. Chambers or Office Address

Alfred A. Arraj U.S. Courthouse
901 19th Street
Denver, CO 80294

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Adjunct Faculty Member | University of Denver, Sturm College of Law |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shaffer, Craig B. | 08/16/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2012 | University of Denver, Sturm College of Law - compensation as Adjunct Faculty Member | $5,000.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2012 | Executive Director, Center for Legal Inclusiveness |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Q! Productions - eDiscovery for Financial Services Conference | 2/6/2012-2/7/2012 | New York, New York | panelist addressing e-discovery issues | transportation, hotel room |
| 2. | Q1 Productions - eDiscovery in Highly Regulated Industries E-Discovery Conference | 2/26/2012-2/27/2012 | Philadelphia, Pennsylvania | panelist addressing e-discovery issues | transportation, hotel room |
| 3. | ABA Criminal Justice Section -Spring CLE Program | 4/12/2012-4/13/2012 | Los Angeles, California | panelist addressing e-discovery issues | transportation, hotel room |
| 4. | Cohasset - MER National Conference | 5/8/2012 - 5/9/2012 | Chicago, Illinois | panelist addressing e-discovery issues | transportation, hotel room |

| Name of Person Reporting | Date of Report |
| --- | --- |
| **Shaffer, Craig B.** | 08/16/2013 |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 5. | Sandra Day O' Connor School of Law -eDiscovery Conference | 5/23/2012-5/25/2012 | Tempe, Arizona | panelist addressing e-discovery issues | transportation, hotel room |
| 6. | ALI-ABA - Environmental Litigation Course | 6/19/20/2012-6/22/2012 | Washington, D.C. | panelist addressing environmental litigation issues | transportation, hotel room |
| 7. | ALI-ABA - Employment Litigation Course | 7/26/2012-7/28/2012 | Sante Fe, New Mexico | panelist addressing employment litigation issues | transportation, hotel room |
| 8. | Georgetown University Law Center -Advanced eDiscovery Institute | 12/5/2012-12/7/2012 | Tysons Corner, Virginia | panelist addressing e-discovery issues | transportation, hotel room |

| Name of Person Reporting | Date of Report |
|---|---|
| Shaffer, Craig B. | 08/16/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shaffer, Craig B. | 08/16/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wells Fargo Bank account | A | Interest | J | T | | | | | |
| 2. Schwab Money Market Fund | A | Interest | L | T | | | | | |
| 3. Dreyfus Inter Muni Bond Fund | A | Interest | J | T | | | | | |
| 4. Dreyfus Inter Term Income Fund | A | Interest | K | T | | | | | |
| 5. Pimco Real Return Fund | A | Interest | K | T | | | | | |
| 6. Trust No. 2 | B | Dividend | L | T | | | | | |
| 7. - Maryland College Investment Plan - T. Rowe Price | | | | | | | | | |
| 8. - Schwab Money Market Fund | | | | | | | | | |
| 9. - College Invest - Aggressive Age-Based Option | | | | | | | | | |
| 10. - James Balanced Golden Rainbow Fund | | | | | | | | | |
| 11. Schwab - SEP/IRA | B | Dividend | K | T | | | | | |
| 12. - Schwab Money Market Fund | | | | | | | | | |
| 13. -The Charles Schwab Corp. common stock | | | | | | | | | |
| 14. - Royce Low Priced Stock Fund | | | | | | | | | |
| 15. - Pimco Total Return Fund | | | | | | | | | |
| 16. IRA - II | D | Dividend | N | T | | | | | |
| 17. - Schwab Money Market Fund | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,000 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shaffer, Craig B. | 08/16/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Schwab 1000 Fund - Select | | | | | | | | | |
| 19. - Dreyfus Inter Term Income Fund | | | | | Sold | 06/17/12 | J | A | |
| 20. - Royce Low Priced Stock Fund | | | | | Sold | 06/17/12 | K | D | |
| 21. - T. Rowe Price Personal Strategy Growth Fund | | | | | | | | | |
| 22. - UMB Scout Worldwide Fund | | | | | Sold | 06/17/12 | L | D | |
| 23. - American Century Equity Fund | | | | | | | | | |
| 24. - Pimco Total Return Fund | | | | | | | | | |
| 25. - Excelsior Value and Restructuring Fund | | | | | Sold | 06/17/12 | M | E | |
| 26. - Loomis Sayles Bond Fund | | | | | | | | | |
| 27. IRA - III | A | Dividend | M | T | | | | | |
| 28. - Schwab Money Market Fund | | | | | | | | | |
| 29. - Royce Low Priced Stock Fund | | | | | Sold | 06/17/12 | K | C | |
| 30. - Pimco Total Return Fund | | | | | | | | | |
| 31. IRA - IV | A | Dividend | J | T | | | | | |
| 32. - Fid Balanced Fund | | | | | Closed | 6/30/12 | J | | |
| 33. - Vanguard Target Retirement 2025 Fund | | | | | Open | 6/30/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shaffer, Craig B. | 08/16/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Lines 19, 20, 22 and 25: the proceeds from these sales were re-invested in the money market fund listed at line 17 and the value of those proceeds are reflected in the IRA appearing at line 16.

Part VII, line 29: the proceeds from this sale were re-invested in the money market fund listed at line 28 and the value of those proceeds are reflected in the IRA appearing at line 27.

Part VII, lines 32 and 33: in this IRA account, the investment in Fid Balanced Fund (line 32) was closed when the IRA management company transferred all investments in the IRA to Vanguard Target Retirement 2025 Fund (line 33) . . . this decision was not made by the account holder and did not result in any gains or loses

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Craig B. Shaffer**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544